THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RAUL COLLAZO, Defendant-Appellant.

(No. 59015;

First District (1st Division)—June 17, 1974.

Opinion by Mr. JUSTICE GOLDBERG.

James J. Doherty, Public Defender, of Chicago (William D. Trude and Richard D. Kharas, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Ellis B. Levin, Assistant State's Attorneys, of counsel), for the People.